UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| BILL RINGBAUER | * | CIVIL ACTION NO. 08-0115 |
| VERSUS | * | JUDGE MELANÇON |
| SID HEBERT, ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss [rec. doc. 9] be **DENIED**.

Lafayette, Louisiana, this 20th day of August, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE