**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

BILL RINGBAUER, ET AL.          *          CIVIL ACTION NO. 08-0115

VERSUS                                       *                    JUDGE MELANÇON

SID HEBERT, ET AL.              *          MAGISTRATE JUDGE HILL

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss [rec. doc. 48] is **DENIED IN PART AND GRANTED IN PART** as delineated below**:**

1) the motion is **GRANTED** on the official capacity claims against the Deputies, and those claims are **DISMISSED WITHOUT PREJUDICE**;

2) the motion is **DENIED** on the official capacity claim against Sheriff Hebert; and

3) the motion is **DENIED** on the individual capacity claims against the Deputies.

Lafayette, Louisiana, this 4th day of September 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE